UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

Evelyn K Harris

Debtor(s).

CHAPTER 13
CASE NO: 21-00825-HB

TRANSMITTAL OF NOTICE OF APPEAL

To: The Honorable Robin L. Blume, Clerk of the United States District Court, District of South Carolina

Pursuant to Bankruptcy Rule 8003, I hereby transmit the Notice of Appeal filed by TitleMax of South Carolina, Inc. on July 28, 2021.



Laura A. Austin, Clerk of Court
United States Bankruptcy Court

BY: /s/ D. Lee
    D. Lee, Appeals Clerk

Columbia, South Carolina

July 29, 2021

Parties to appeal are:
For Appellant:  Nathan E. Huff
               Cleary, West & Huff, LLP
               1223 George C Wilson Dr
               Augusta GA 30909

For Appellee:  Evelyn K. Harris
              488 Carolyn Drive
              Spartanburg SC  29306

              Dana Elizabeth Wilkinson
              Wilkinson Law Firm
              365-C East Blackstock Road
              Spartanburg SC  29301

Gretchen D. Holland  
Ch 13 Trustee Office  
20 Roper Corners Circle Suite C  
Greenville SC  29615