**DEBTED, APPEAL**

# United States Bankruptcy Court
## District of South Carolina (Spartanburg)
## Bankruptcy Petition #: 21-00825-hb

*Assigned to:* Chief Judge Helen E. Burris
Chapter 13
Voluntary
Asset

*Date filed:* 03/24/2021
*Plan confirmed:* 07/22/2021
*341 meeting:* 05/17/2021
*Deadline for filing claims:* 06/02/2021
*Deadline for filing claims (govt.):* 09/20/2021

*Debtor*
**Evelyn K Harris**
488 Carolyn Drive
Spartanburg, SC 29306
SPARTANBURG-SC
SSN / ITIN: xxx-xx-1900

represented by **Dana Elizabeth Wilkinson**
Wilkinson Law Firm
365-C East Blackstock Road
Spartanburg, SC 29301
864-574-7944
Fax : 864-574-7531
Email: danawilkinson@danawilkinsonlaw.com

*Trustee*
**Gretchen D. Holland**
Ch. 13 Trustee Office
20 Roper Corners Circle, Suite C
Greenville, SC 29615
864-242-0314

*U.S. Trustee*
**US Trustee's Office**
Strom Thurmond Federal Building
1835 Assembly St.
Suite 953
Columbia, SC 29201

| Filing Date | # | Docket Text |
|---|---|---|
| 03/24/2021 | 1 | Chapter 13 Voluntary Petition, Schedules and Statements - Individual Filed by Dana Elizabeth Wilkinson of Wilkinson Law Firm on behalf of Evelyn K Harris. (Wilkinson, Dana) (Entered: 03/24/2021) |
| 03/24/2021 | 2 | Bankruptcy Form 121 SSN. Filed by Dana Elizabeth Wilkinson of Wilkinson Law Firm on behalf of Evelyn K Harris. (Wilkinson, Dana) (Entered: 03/24/2021) |
| 03/24/2021 | 3 | Certificate of Credit Counseling Filed by Dana Elizabeth Wilkinson of Wilkinson Law Firm on behalf of Evelyn K Harris. (Wilkinson, Dana) (Entered: 03/24/2021) |
| 03/24/2021 | 4 | Application to Pay Filing Fee in Installments. Filed by Dana Elizabeth Wilkinson of Wilkinson Law Firm on behalf of Evelyn K Harris. (Wilkinson, Dana) (Entered: 03/24/2021) |

| Date | Doc # | Description |
|---|---|---|
| 03/24/2021 | 5 | Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors,.Document Served. 341(a) meeting to be held on 5/17/2021 at 09:30 AM at Spartanburg. Confirmation Hearing to be held on 7/1/2021 at 10:00 AM at Spartanburg. Last day to oppose discharge or dischargeability is 7/16/2021. Proofs of Claims due by 6/2/2021. (Entered: 03/24/2021) |
| 03/24/2021 | 6 | Debtor's Request to Decline Electronic Noticing. DOCUMENT IMAGE AVAILABLE ONLY TO COURT USERS AND THE TRUSTEE/US TRUSTEE. Filed by Dana Elizabeth Wilkinson of Wilkinson Law Firm on behalf of Evelyn K Harris. (Wilkinson, Dana) (Entered: 03/24/2021) |
| 03/24/2021 | 7 | Plan. Objections Due no later than 7 days prior to the Confirmation Hearing., Motion to Establish Value Included in Chapter 13 Plan Filed by Evelyn K Harris. (Wilkinson, Dana) (Entered: 03/24/2021) |
| 03/25/2021 | 8 | Notice Regarding Reset of Meeting of Creditors to Telephonic Meeting of Creditors. Effective March 23, 2020 all meetings of creditors by the United States Trustee will be held telephonically on the date and time as previously noticed. No in-person meetings will be held. Please use the call-in numbers and participant codes in this notice.. (Stack, John) (Entered: 03/25/2021) |
| 03/25/2021 |  | Deficiency Notice - Fee Due re: Voluntary Petition (Chapter 13) (atty), Application to Pay Filing Fees in Installments in the amount of 100.00 (related document(s)4, 1) Fee Due By: 3/29/2021 (Stockwell, D) (Entered: 03/25/2021) |
| 03/25/2021 |  | Receipt of Filing Fee for Voluntary Petition (Chapter 13) (atty)( 21-00825) [misc,volp13ac] ( 100.00). Receipt Number A12537710, amount 100.00. (U.S. Treasury) (Entered: 03/25/2021) |
| 03/25/2021 | 9 | Certificate of Service related to Plan, Valuation Included in Ch. 13 Plan Filed by Dana Elizabeth Wilkinson of Wilkinson Law Firm on behalf of Evelyn K Harris. (related document(s)7). (Wilkinson, Dana) (Entered: 03/25/2021) |
| 03/25/2021 | 10 | Order Granting Application To Pay Filing Fees In Installments. Initial Fee Paid: 100.00. Amount of Second Payment: 70.00. Amount of Third Payment: 70.00. Amount of Fourth Payment: 73.00. Document Served. (Related Doc # 4). Second Installment Payment due by 4/26/2021. Third Installment Payment due by 5/24/2021. Fourth Installment Payment due by 6/23/2021. (Greene, S) (Entered: 03/25/2021) |
| 03/25/2021 |  | Installment Payment - INITIAL of $100.00 Receipted on 3/25/2021. Balance Due: $213.00. (Greene, S) (Entered: 03/25/2021) |
| 03/26/2021 | 11 | Certificate of Service of Meeting of Creditors Notice as served by the Bankruptcy Noticing Center. Notice Date 03/26/2021. (Related Doc # 5) (Admin.) (Entered: 03/27/2021) |
| 03/27/2021 | 12 | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 03/27/2021. (Related Doc # 10) (Admin.) (Entered: 03/28/2021) |
| 03/27/2021 | 13 | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 03/27/2021. (Related Doc # 8) (Admin.) (Entered: 03/28/2021) |
| 04/20/2021 |  | Filing Fee - Second Installment in the amount of 70.00 Filed by Dana Elizabeth Wilkinson of Wilkinson Law Firm on behalf of Evelyn K Harris. (Wilkinson, Dana) (Entered: 04/20/2021) |

| | | |
|---|---|---|
| 04/20/2021 | ● | Filing Fee - Third Installment in the amount of 70.00 Filed by Dana Elizabeth Wilkinson of Wilkinson Law Firm on behalf of Evelyn K Harris. (Wilkinson, Dana) (Entered: 04/20/2021) |
| 04/20/2021 | ● | Filing Fee - Fourth Installment in the amount of 73.00 Filed by Dana Elizabeth Wilkinson of Wilkinson Law Firm on behalf of Evelyn K Harris. (Wilkinson, Dana) (Entered: 04/20/2021) |
| 04/20/2021 | | Receipt of Filing Fee for Filing Fee - Installment Payment( 21-00825-hb) [misc,ffinst] ( 70.00). Receipt Number A12568084, amount 70.00. (U.S. Treasury) (Entered: 04/20/2021) |
| 04/20/2021 | | Receipt of Filing Fee for Filing Fee - Installment Payment( 21-00825-hb) [misc,ffinst] ( 70.00). Receipt Number A12568084, amount 70.00. (U.S. Treasury) (Entered: 04/20/2021) |
| 04/20/2021 | | Receipt of Filing Fee for Filing Fee - Installment Payment( 21-00825-hb) [misc,ffinst] ( 73.00). Receipt Number A12568084, amount 73.00. (U.S. Treasury) (Entered: 04/20/2021) |
| 05/11/2021 | ●14 | Objection to Confirmation of Plan with Certificate of Service Filed by TitleMax of South Carolina, Inc. (related document(s)7). (Attachments: # 1 Exhibit # 2 Exhibit) (Huff, Nathan) (Entered: 05/11/2021) |
| 05/17/2021 | ● | Meeting of Creditors Held and Examination of Debtor (Holland, Gretchen) (Entered: 05/17/2021) |
| 06/23/2021 | ●15 | Copies of Payment Advices Filed by Dana Elizabeth Wilkinson of Wilkinson Law Firm on behalf of Evelyn K Harris. (Wilkinson, Dana) (Entered: 06/23/2021) |
| 06/24/2021 | ●16 | Response to Objection to Confirmation of the Plan filed by Creditor TitleMax of South Carolina, Inc. with Certificate of Service Filed by Evelyn K Harris (related document(s)14). (Wilkinson, Dana) (Entered: 06/24/2021) |
| 06/24/2021 | ●17 | Amended Voluntary Petition Filed by Dana Elizabeth Wilkinson of Wilkinson Law Firm on behalf of Evelyn K Harris. (related document(s)1). (Wilkinson, Dana) (Entered: 06/24/2021) |
| 06/24/2021 | ●18 | Amended Statements Filed: Statement of Financial AffairsStatement of Change with Certificate of Service for an Individual Filed by Dana Elizabeth Wilkinson of Wilkinson Law Firm on behalf of Evelyn K Harris. (Wilkinson, Dana) (Entered: 06/24/2021) |
| 06/25/2021 | ●19 | Adversary case 21-80036. Complaint by Evelyn K Harris against TitleMax core Proceeding. Fee: 350.00. (11 (Recovery of money/property - 542 turnover of property), 14 (Recovery of money/property - other)) (Wilkinson, Dana) (Entered: 06/25/2021) |
| 06/25/2021 | ●20 | Chapter 13 Plan Payment Change Stipulation Filed by Evelyn K Harris (related document(s)7). (Wilkinson, Dana) (Entered: 06/25/2021) |
| 06/28/2021 | ●21 | Request to Continue **July 1, 2021** Hearing, Slot Number **25**, re: Plan filed by Evelyn K Harris, Valuation Included in Ch. 13 Plan, Objection to Confirmation of the Plan filed by TitleMax of South Carolina, Inc.. Movant requests that the hearing be continued until **July 13, 2021 at 1:00 pm in Spartanburg.** The request is with consent of the affected parties. The moving party requests this continuance for the |

| | | |
|---|---|---|
| | | following reasons: Contested hearing not well suited to telephonic hearing. Filed by Dana Elizabeth Wilkinson of Wilkinson Law Firm on behalf of Evelyn K Harris (related document(s)14, 7). (Wilkinson, Dana) (Entered: 06/28/2021) |
| 06/28/2021 | 22 | Order Granting Request to Continue Confirmation Hearing. The Matter is Continued. **AND IT IS SO ORDERED.** Signed by: Chief Judge Helen E. Burris, US Bankruptcy Court - District of South Carolina (related document(s) 21 , 5). Hearing scheduled for 7/13/2021 at 01:00 PM at Spartanburg. The case judge is Helen E. Burris. (Schmidt, R) (Entered: 06/28/2021) |
| 06/30/2021 | 23 | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 06/30/2021. (Related Doc # 22) (Admin.) (Entered: 07/01/2021) |
| 07/13/2021 | 24 | Confirmation Hearing Held on 7/13/2021. (related document(s)7, 5) Matter Under Advisement. Witness Sworn. (Lee, D) (Entered: 07/13/2021) |
| 07/14/2021 | 26 | Order Overruling Objection to Plan **Document Served** (related document(s)14). (Richardson, R) (Entered: 07/14/2021) |
| 07/16/2021 | 27 | Certificate of Service of Document as served by the Bankruptcy Noticing Center. Notice Date 07/16/2021. (Related Doc # 26) (Admin.) (Entered: 07/17/2021) |
| 07/21/2021 | | Request for Order Confirming Plan. Plan Filed: **3/24/2021**. Plan Amended/Stipulation: **6/25/2021**. NO PRIOR CONFIRMATION ORDER ENTERED. (163aBNC). (Holland, Gretchen) (Entered: 07/21/2021) |
| 07/22/2021 | 28 | Order Confirming Chapter 13 Plan. Document Served. (related document(s)20, 7). (Mays, E) (Entered: 07/22/2021) |
| 07/23/2021 | 29 | Notice of *Trustee`s Intent to Pay Claims*. **Document Served.** Filed by Gretchen D. Holland of Ch. 13 Trustee Office on behalf of Gretchen D. Holland. (Holland, Gretchen) (Entered: 07/23/2021) |
| 07/23/2021 | 30 | Notice of *Filing of Proof of Claim Pursuant to Bankruptcy Rule 3004*. **Notice and service of this event are delegated pursuant to the Local Rules.** Filed by Dana Elizabeth Wilkinson of Wilkinson Law Firm on behalf of Evelyn K Harris. (Wilkinson, Dana) (Entered: 07/23/2021) |
| 07/24/2021 | 31 | Certificate of Service of Order Confirming Plan as served by Bankruptcy Noticing Center. Notice Date 07/24/2021. (Related Doc # 28) (Admin.) (Entered: 07/25/2021) |
| 07/28/2021 | 32 | Answer to Complaint with Certificate of Service(Related Doc # []) Filed by TitleMax of South Carolina, Inc.. (Huff, Nathan) (Entered: 07/28/2021) |
| 07/28/2021 | 33 | Notice of Appeal to District Court re: 26 Order, 28 Order Confirming Chapter 13 Plan . Filed by TitleMax of South Carolina, Inc.. Appellant Designation due by 08/11/2021. (Huff, Nathan) (Entered: 07/28/2021) |
| 07/28/2021 | | Receipt of Filing Fee for Notice of Appeal( 21-00825-hb) [appeal,ntcapl] ( 298.00). Receipt Number A12671278, amount 298.00. (U.S. Treasury) (Entered: 07/28/2021) |
| 07/29/2021 | 34 | Withdrawal of Answer to Complaint with Certificate of Service. Reason for Withdrawal: Uploaded in main bankruptcy case rather than adversary Filed by Nathan E. Huff of Law Office of Nathan E. Huff on behalf of TitleMax of South Carolina, Inc.. (related document(s)32). (Huff, Nathan) (Entered: 07/29/2021) |

| | | |
|---|---|---|
| 07/29/2021 | 36 | Notice of Appeal Letter Sent To Nathan E. Huff, Evelyn K. Harris, Dana E. Wilkinson and Gretchen D. Holland, Served on 07/29/2021. Document Noticed. Filed by US Bankruptcy Court (related document(s)33). (Richardson, R) (Entered: 07/29/2021) |
| 07/29/2021 | 37 | Court Certificate of Mailing of re: Notice of Appeal Letter Date Filed: 7/29/2021 Parties Served: Nathan Huff, Dana Wilkinson and Gretchen Holland served by NEF, Evelyn K. Harris served by USPS. (related document(s)36) (Richardson, R) (Entered: 07/29/2021) |
| 07/29/2021 | 38 | A clerical mistake was made in the entry of docket # 35. Pursuant to Fed. R. Civ. P. 60(a) and Fed. R. Bankr. P. 9024, the document has been restricted and no further action will be taken. (related document(s)35) (Surette, R) (Entered: 07/29/2021) |
| 07/29/2021 | 39 | Transmittal of Notice of Appeal to District Court Case No. 2102349 -*TMC* Filed by US Bankruptcy Court (related document(s)33). (Lee, D) (Entered: 07/30/2021) |